UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TACOMA and CITY OF LAKEWOOD,<br><br>    Defendants. | CASE NO. 3:17-cv-05676-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: December 1, 2017 |

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff's Motion for Voluntary Dismissal. Dkt. 8. After review of the Motion, the undersigned recommends Plaintiff's action be dismissed pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

**BACKGROUND**

Plaintiff originally filed this action in August of 2017. Dkt. 1. After granting Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 5), the Court filed an Order to Show Cause or Amend outlining several deficiencies in Plaintiff's Complaint (Dkt. 7). In response, Plaintiff

filed this Motion for Voluntary Dismissal, explaining he will not have enough time to effectively prosecute this case due to a pending criminal trial and wants to avoid a strike pursuant to 28 U.S.C. § 1915(g). Dkt. 8.

## DISCUSSION

Plaintiff requests his claims be dismissed without prejudice. Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action may be dismissed. Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by the plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or summary judgment motion and the plaintiff has not previously dismissed an action "based on or including the same claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff requested dismissal before the Court ordered his Complaint served, and so has requested dismissal before either Defendant filed an answer or motion for summary judgment. *See* Dkt. 8. Further, Plaintiff has not previously dismissed an action based on the same claim. Because of this, Plaintiff's request falls within the provisions of 41(a)(1). Therefore, the Court finds dismissal without prejudice is appropriate in this case.

## CONCLUSION

For the foregoing reasons, the Court recommends Plaintiff's Motion (Dkt. 8) be granted and his action dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on December 1, 2017, as noted in the caption.

Dated this 17th day of November, 2017.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3