UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

        Plaintiff,

v.

CITY OF TACOMA, et al.,

        Defendants.

CASE NO. C17-5676 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's Motion for Voluntary Dismissal (Dkt. 8) is **GRANTED**, and Plaintiff's action is **DISMISSED without prejudice**.

Dated this 11th day of December, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER